

FILED'08 SEP 18 11:50 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | No. CR 08 - 414 -MO |
|---|---|---|
| v. | ) ) ) | INFORMATION |
| BENJAMIN JACOB KERENSA, | ) ) | [18 U.S.C. § 912] |
| Defendant. | ) ) | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about August 04, 2008, in Marion County, in the District of Oregon, defendant BENJAMIN JACOB KERENSA knowingly and falsely assumed and pretended to be an officer or employee acting under the authority of the United States or an agency thereof, namely the Federal Bureau of Investigation, and acted as such; all in violation of Title 18, United States Code, Section 912.

### COUNT 2

On or about August 9, 2008, in Marion County, in the District of Oregon, defendant BENJAMIN JACOB KERENSA knowingly and falsely assumed and pretended to be an officer or employee acting under the authority of the United States or

an agency thereof, namely the Federal Bureau of Investigation, and acted as such; all in violation of Title 18, United States Code, Section 912.

Dated this 18th day of September 2008.

Respectfully submitted,

KARIN J. IMMERGUT
United States Attorney
District of Oregon

Gary Y. Sussman
Assistant United States Attorney

Page 2 -    INFORMATION