

FILED '08 OCT 3 14:45 USDC-ORP

In The United States District Court
For The District of Oregon

United States of America,

Case No.: CR 08-414 MO

Ex Parte Motion to Show Cause;
Affadavit of Defendant.

v.

Benjamin Kerensa.

Now Comes Defendant Kerensa in Pro Se, who hereby move's The Court to Direct the U.S. Marshal's to Show Cause why Defendant is being Subjected to Unconstitutional Conditions of Confinement.

This Motion is supported By the accompanying affodavit.

Dated: September 26, 2008.

_____
Benjamin Kerensa
Defendant in Prose



CfMO