# Affadavit

Case No.: CR 08-414 MO

I, Benjamin Kerensa, state as follows:

1. I am the defendant in USA v. Benjamin Kerensa (CR 08-414 MO).

2. I am in custody of the U.S. Marshal's service being held at MCDC.

3. I am being denied access to a law library (see Bounds v. Smith) and access to counsel is also limited. I believe both issues violate my constitutional rights.

4. My access to medical treatment is severly delayed. Which raises concern over cruel and unusual punishment.

Dated: September 26, 2008
I the undersigned declare the foregoing is true and correct under penalty of perjury.

_Benjamin Kerensa_
Benjamin Kerensa
Defendant in pro se